**Trivansky SWINGTON, Plaintiff-Appellant**

v.

**WATERLOO, IOWA, CITY OF; Black Hawk County Jail; Black Hawk County Sheriff's Office; Anthony Nai, Deputy; Julie Lein, Deputy; Aaron Haas, Deputy; Iowa, State of; Todd Schmitt, Deputy; B Rollins, Deputy; Wyatt Landers, Deputy; Zachary Holbach, Deputy, Defendants-Appellees**

No. 17-1350

United States Court of Appeals, Eighth Circuit.

Submitted: October 6, 2017

Filed: October 19, 2017

Trivansky Swington, Pro Se

of Iowa.

John T. McCoy, McCoy & Riley, Waterloo, IA, for Defendants-Appellees

Before GRUENDER, BENTON, KELLY, Circuit Judges.

PER CURIAM.

Trivansky Swington appeals the district court's[1] grant of summary judgment in favor of defendants in his 42 U.S.C. § 1983 action asserting claims of excessive force and deliberate indifference stemming from events that occurred while Swington was confined at the Black Hawk County Jail. Following careful de novo review of the record and the arguments on appeal, we affirm the judgment of the district court for the reasons cited in the district court's memorandum opinion. See 8th Cir. R. 47B. Swington's motion for appointment of counsel is denied.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.